**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CHRISTOPHER BEARD,

    Plaintiff,

v.   Case No. 3:21-cv-901-MMH-LLL

SUWANNEE VALLEY
GRASSING, INC.,

    Defendant.

_____

**ORDER AND STIPULATED FINAL JUDGMENT**

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 25; Report) entered by the Honorable Laura Lothman Lambert, United States Magistrate Judge, on June 15, 2022. In the Report, Judge Lambert recommends that the modification clause in the proposed settlement agreement be stricken; the Joint Motion for Approval and Dismissal (Dkt. No. 22; Motion) be granted to the extent that the Court enter an Order and Stipulated Final Judgment approving the parties' settlement agreement as amended by the Court; and the case be dismissed with prejudice. See Report at 25. The parties do not have any objections to the Report. See Joint Notice of Non-Objection to Report and Recommendation (Dkt. No. 26).

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

The Court has conducted an independent examination of the record in this case and a de novo review of the legal conclusions. Plaintiff filed suit against Defendant for overtime wage violations and unlawful retaliation pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. (FLSA) and section 448.102(3), Florida Statutes. See Complaint, Demand for a Jury Trial, Declaratory and Injunctive Relief Requested (Dkt. No. 1). Thereafter, the parties engaged in settlement negotiations, which resulted in a resolution of the issues and claims raised in this case. See Motion. Upon review of the record, including the Report, Motion, and Settlement Agreement and Release of Wage Claims, the undersigned concludes that the settlement represents a "reasonable and fair" resolution of Plaintiff's claims. Accordingly, the Court will accept and adopt Judge Lambert's Report.

In light of the foregoing, it is hereby

**ORDERED:**

1. The Report and Recommendation (Dkt. No. 25) is **ADOPTED** as the opinion of the Court.

2. The modification clause in the Settlement Agreement and Release of Wage Claims (the third sentence in paragraph 17 of Dkt. No. 22-1) is **STRICKEN**.

3. The Joint Motion for Approval and Dismissal (Dkt. No. 22) is **GRANTED** to the extent that the Court enters this Order and Stipulated Final Judgment.

4. For purposes of satisfying the FLSA, the Settlement Agreement and Release of Wage Claims (Dkt. No. 22-1) is **APPROVED**, as amended by the Court.

5. This case is **DISMISSED WITH PREJUDICE**.

6. The Clerk of the Court is directed to terminate any pending motions or deadlines as moot and close this file.

**DONE AND ORDERED** in Jacksonville, Florida this 21st day of June, 2022.

*/s/ Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record

- 4 -